# In the United States Court of Federal Claims

No. 19-1707C
(Filed August 17, 2020)
NOT FOR PUBLICATION

```
* * * * * * * * * * * * * * * *  *
                                 *
                                 *
MARK DOWNEY,                     *
                                 *
              Plaintiff,         *
                                 *
       v.                        *
                                 *
THE UNITED STATES,               *
                                 *
              Defendant.         *
                                 *
 * * * * * * * * * * * * * * * **
```

## ORDER

Defendant's motion for an enlargement of the time period in which to file its response to the complaint is **GRANTED**, as defendant has made the requisite showing of good cause --- namely a delay in gaining access to the complaint. Plaintiff's requests for default judgment and for sanctions are **DENIED**. Defendant timely moved for an enlargement of time, thus precluding any basis for entry of a default judgment under Rules 6(b)(1) and 55(a) of the Rules of the United States Court of Federal Claims. *See James A. Williams Tr. v. United States*, No. 10-753T, 2011 WL 477811, at *1 (Fed. Cl. Feb. 11, 2011). Regarding the request for sanctions, plaintiff has failed to plausibly allege any misrepresentations to the tribunal, or any other basis upon which sanctions may be imposed. Plaintiff shall file his response to the motion to dismiss the complaint on or by **Friday, September 18, 2020**. Additionally, Mr. Downey's application to proceed *in forma pauperis* is **GRANTED**.

**IT IS SO ORDERED**

VICTOR J. WOLSKI
Senior Judge

.